

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Texas Department of Transportation, | § | No. 08-17-00047-CV |
| Appellant, | § | Appeal from the |
| v. | § | 171st District Court |
| Genaro Flores, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2014-DCV1263) |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **March 15, 2018.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Susan Desmarais Bonnen, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before March 15, 2018.

IT IS SO ORDERED this 5th day of March, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.